

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2018

No. 04-18-00129-CV

Stanton P. **BELL**, et al.,
Appellants

v.

**CHESAPEAKE ENERGY CORPORATION**, et al.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI22093
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Pursuant to a prior order, this court granted the parties cross-petitions for permission to appeal, and deemed filed their cross-notices of appeal. In that same order, we ordered the district clerk and the court reporter to file their records in this matter on or before April 16, 2018. On April 9, 2018, Maria E. "Mary Helen" Vargas filed a notification of late record in which she states she has "not received notice of appeal in this case." She further states that in order to file her reporter's record by April 16, 2018, she requires "a designation of the hearing(s) that are on appeal."

First, we advise Ms. Vargas — as well as the other court reporter in this matter, Erminia Uviedo, that we served our order of April 6, 2018, on them by email. In that order, we specifically stated that the parties' cross-notices of appeal are deemed filed. Thus, Ms. Vargas has received notice of these cross-appeals. Because this is a permissive appeal, the parties filed petitions and this court then deemed notices of appeal filed. There are, therefore, no traditional notices of appeal to be served upon the court reporter; rather, our order serves as notice that cross-notices of appeal have been filed.

With regard to designation of the reporter's record, we **ORDER** appellants and cross-appellants to serve upon the court reporters — Maria E. "Mary Helen" Vargas and Erminia Uviedo — **on or before April 13, 2018**, written designations identifying the portions of the reporter's record they desire the court reporters to file in this court. We further **ORDER** the parties to file copies of such designations with this court when they are served upon the court

reporters. If the parties do not desire a reporter's record, they should notify the court reporters and this court.

We **order** the clerk of this court to serve a copy of this order with on the district clerk, the court reporters, and all counsel.

_____
Marialyn Barnard, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court